Johnathan Lacy #20200428040
2700 S. California
Chicago IL, 60608







United States District Court
219 S. Dearborn St. (20th Floor)
Chicago IL, 60604