**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Lacy, <br><br> Plaintiff(s), <br><br> v. <br><br> Gust et al, <br><br> Defendant(s). | Case No. 22-cv-1335 <br> Judge Sara L. Ellis |

## ORDER

The Court grants Defendants' motion for leave to withdraw the appearance of counsel [20] and withdraws the appearance of James E. DeVore and Troy S. Radunsky as counsel for Defendants Lt. J. Gust, Lt. A. Luppino, Ofc. A. Stubenvoll, Ofc. T. Jackson, Ofc. K. Woods, Ofc. J. Olivas, Ofc M. Hill; Ofc. C. Hill, Ofc. G. Flores, Ofc. T. Prine, Ofc. F. Hughes, Ofc G. Harper, and Ofc. E. Olea. James E. DeVore and Troy S. Radunsky will remain as counsel for Defendants Cook County and Sheriff Thomas Dart.

Date: 1/30/2023                                             /s/ Sara L. Ellis