UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Johnathan Lacy
                 Plaintiff,

v.                                         Case No.: 1:22−cv−01335
                                              Honorable Sara L. Ellis

J. Gust, et al.
                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 9, 2023:

      MINUTE entry before the Honorable Heather K. McShain: This case has been referred to Magistrate Judge McShain to hold a settlement conference [25]. Plaintiff has been ordered to provide a settlement demand to defendants by 02/24/2023 [23]. A telephone conference with the Court is scheduled for 03/07/2023 at 8:30 a.m. to discuss the parties' interest in conducting a settlement conference and, if appropriate, set a schedule for the exchange of settlement proposals and a date for the settlement conference. Counsel primarily responsible for representing the parties must participate in this conference call, and counsel should come prepared to discuss the availability of counsel and decisionmakers in March and April. The Court will also address logistics for the settlement conference itself, which will take place remotely. The parties are directed to review and comply with Magistrate Judge McShain's Standing Order for Settlement Conferences (available on the Court's website at www.ilnd.uscourts.gov by selecting the link for Magistrate Judge McShain and then the link for "Settlement Conferences"), with the exception of courtesy copies which Magistrate Judge McShain has indefinitely suspended until further notice. To participate in the telephonic hearing, the dial−in number is 888−684−8852, followed by access code 8623687#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.