**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JONATHAN LACY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-CV-01335 |
| | ) | |
| COOK COUNTY, COOK COUNTY SHERIFF | ) | |
| THOMAS DART, SERGEANT JUSTIN GUST, | ) | Hon. Sara L. Ellis |
| SERGEANT ANTHONYLUPPINO, | ) | |
| SERGEANT ALBERT STUBENVOLL, | ) | JURY DEMANDED |
| OFFICER TERRY JACKSON, OFFICER | ) | |
| KENNETH WOODS, OFFICER J. OLIVAS, | ) | |
| OFFICER MARTIN HILL,OFFICER C. HILL, | ) | |
| OFFICER G. FLORES, OFFICER DEPUTY | ) | |
| SHERIFF TIMOTHY PRINE, OFFICER F. | ) | |
| HUGHES, OFFICER GABRIEL HARPER and | ) | |
| OFFICER ERIEL OLEA | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on **July 6, 2023, at 01:45 pm**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sara L. Ellis, occupying Room 1403, in the United States District Court for the Northern District of Illinois, and we will then and there present Plaintiff Jonathan Lacy's **MOTION FOR LEAVE TO FILE HIS SECOND AMENDED COMPLAINT.**

| | |
|---|---|
| Ronald S. Cope (ARDC No. 051256) | **JONATHAN LACY,** |
| SCHAIN, BANKS, KENNY & SCHWARTZ, LTD. | |
| 70 W. Madison Street, Suite 5400 | |
| Chicago, Illinois 60602 | |
| Phone: (312) 345-5700 | By: /s/ Ronald S. Cope |
| rcope@schainbanks.com | One of his attorneys |

- 2 -

## **CERTIFICATE OF SERVICE**

      Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that a copy of this Notice and the **PLAINTIFF'S MOTION FOR LEAVE TO FILE HIS SECOND AMENDED COMPLAINT,** was served on each person to whom it is addressed via email on June 2, 2023. The undersigned further certifies that copies of the same were filed on June 2, 2023, with the Northern District of Illinois' ECF System.

                                                         */s/ Ronald S. Cope*
                                                         Ronald S. Cope

- 3 -

**SERVICE LIST**

**DeVore Radunsky LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 West Monroe Street, Suite 230
Chicago, IL 60606
(312) 300 4479
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com