# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Johnathan Lacy

                Plaintiff,

v.

J. Gust, et al.

                Defendant.

Case No.: 1:22–cv–01335
Honorable Sara L. Ellis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 25, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: The Court strikes the presentment date of 9/26/2023 for Defendants' motion to dismiss [55] and relies on the briefing schedule set by the Court [53]. The next status date is 2/21/2024 for ruling on Defendants' motion to dismiss [54]. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.